JACOB KAISER, Respondent, *v.* HAMBURG-BREMEN FIRE INSUR-
ANCE COMPANY, Appellant, Impleaded with Others.

*Kaiser* v. *Hamburg-Bremen F. Ins. Co.*, 59 App. Div. 525, affirmed.
(Submitted November 24, 1902; decided December 9, 1902.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
March 22, 1901, affirming a judgment in favor of plaintiff
entered upon the report of a referee.

*Seward A. Simons* for appellant.

*Moses Shire* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN,
CULLEN and WERNER, JJ.

---

JACOB KAISER, Respondent, *v.* BRITISH AMERICA ASSURANCE
COMPANY, TORONTO, CANADA, Appellant, Impleaded with
Others.

*Kaiser* v. *British America Assurance Co.*, 59 App. Div. 625, affirmed.
(Submitted November 24, 1902; decided December 9, 1902.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
March 22, 1901, affirming a judgment in favor of plaintiff
entered upon the report of a referee.

*Seward A. Simons* for appellant.

*Moses Shire* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN,
CULLEN and WERNER, JJ,